IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00729-WDM-CBS

GLENN SPAGNUOLO,

 Plaintiff,

v.

THE CITY OF LONGMONT, COLORADO,
GORDON PEDROW,
KAREN RONEY,
PATTI WEST,
JEFF FRIESNER,

 Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

 Pending before the court is Plaintiff's Motion to Amend Complaint (*Doc. No. 24,* Filed July 28, 2005). It is hereby **ORDERED** that the instant motion is **DENIED,** without prejudice, for failure to fully comply with and provide certificate showing compliance with **D.C.COLOL.CivR. 7.1A.**

 It is further **ORDERED** that counsel shall comply with **D.C.COLOL.CivR. 10.1I.** regarding the civil case numbering.

**DATED:** July 29, 2005