IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00729-WDM-CBS

GLENN SPAGNUOLO,

    Plaintiff,

v.

THE CITY OF LONGMONT, COLORADO,
GORDON PEDROW,
KAREN RONEY,
PATTI WEST,
JEFF FRIESNER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Petitioner/Proposed Intervenor Kenneth L. Smith's Unopposed Motion to Vacate Hearing (Docket No. 30, Filed August 04, 2005) is **DENIED.** It is further

    **ORDERED** the hearing set **August 09, 2005 at 8:30 a.m.** *will go forward as scheduled*.

**DATED:**    August 5, 2005