IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00729-WDM-CBS

GLENN SPAGNUOLO,

    Plaintiff,

v.

THE CITY OF LONGMONT, COLORADO,
GORDON PEDROW,
KAREN RONEY,
PATTI WEST,
JEFF FRIESNER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Stipulated Motion to Vacate and Reschedule Final Pretrial Conference (*doc. no. 73*) is **GRANTED**. The final pretrial conference set for July 26, 2006, is **VACATED**.

    IT IS FURTHER ORDERED that a status conference has been set for **August 31, 2006, at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    July 20, 2006